

**Stein | Saks, PLLC**

YAAKOV SAKS▲•*
JUDAH STEIN▲^
ELIYAHU BABAD▲^
MARK ROZENBERG •
KENNETH WILLARD▲^

▲ NJBar Admissions
^ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 11, 2023

<u>**Via CM/ECF**</u>
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York

Re:   <u>**Velazquez v. 8&9 Clothing Co., LLC**</u>
      **Case #: 1:23-cv-00376-KPF**

> # MEMO ENDORSED

Dear Judge Polk Failla:

We represent the plaintiff in the above matter.  We write to respectfully request that the initial conference currently scheduled for April 21, 2023, be canceled or adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

The Plaintiff has obtained the Clerk's Certificate of Default and has mailed it to Defendant's business address.  We ask for additional time to establish contact with Defendant.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

Application GRANTED.  The initial pretrial conference scheduled to take place on April 21, 2023, is hereby **ADJOURNED** *sine die*.  The Court expects that Plaintiff will submit papers in support of a default judgment by April 26, 2023, should Plaintiff not hear from Defendant.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

SO ORDERED.

Dated:   April 12, 2023
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE